## BOYES *v.* UNITED STATES.

No. 59, Misc. Decided May 13, 1963.

Petitioner *pro se.*

*Solicitor General Cox* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Western District of Texas for further consideration in light of *Sanders* v. *United States, ante,* p. 1.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN would deny certiorari on the basis of their dissent in *Sanders* v. *United States, ante,* p. 23.

## COPENHAVER *v.* BENNETT, WARDEN.

No. 928, Misc. Decided May 13, 1963.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.